BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER R. PILCH
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Citation No.  4422229 |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION AND PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| PAOLO F. FORTADES, | ) | |
| Defendant | ) | |

    The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Christopher R. Pilch, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 4422229 against PAOLO F. FORTADES without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure

Dated:  August 5, 2016        Respectfully Submitted,
                                        Benjamin B. Wagner
                                        United States Attorney

                     By:      /s/ Christopher R. Pilch
                                        Christopher R. Pilch
                                        Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 4422229 against PAOLO F. FORTADES be dismissed without prejudice, in the interest of justice.

Dated:  August  5 , 2016

*Jennifer L. Thurston*

HON. JENNIFER L. THURSTON
United States Magistrate Judge